UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE VILLANUEVA,<br><br>       Plaintiff,<br><br>     v.<br><br>BROOKDALE SENIOR LIVING<br>COMMUNITIES, INC.,<br><br>       Defendant. | Case No. 1:17-cv-01194-EPG<br><br>ORDER RE: STIPULATION FOR<br>DISMISSAL OF ENTIRE ACTION WITH<br>PREJUDICE<br><br>(ECF No. 18) |

Plaintiff, Annette Villanueva, and Defendants, Brookdale Senior Living Communities, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 18). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __**November 29, 2018**__ _____/s/ Erica P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE